

**402 E. Southern Ave.**
**Tempe, AZ 85282**
**Telephone: (602) 888-9229**
**Facsimile: (480) 725-0087**
**E-Mail: lamar@guidant.law**
**D. Lamar Hawkins – 013251**
Counsel for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>PUNYAKAM, PLLC, an Arizona professional limited liability company,<br><br>Debtor/Movant. | Chapter 11 Proceedings<br>Sub Chapter V<br><br>Case No. 2:22-bk-03615-SHG<br>Case No. 2:22-bk-03616-SHG<br><br>(Jointly Administered)<br><br>(This pleading relates to Punyakam, PLLC) |
| CHADWICK R. GAMMAGE and PUNYA R. GAMMAGE,<br><br>Debtors. | |
| PUNYAKAM, PLLC DBA AVISTAMED FAMILY MEDICINE,<br><br>Plaintiff,<br><br>v.<br><br>CYNOSURE, LLC f/k/a CYNOSURE, INC.,<br><br>Defendant. | Adv. No.<br><br>**NOTICE OF REMOVAL**<br><br>(U.S. District Court, District of Massachusetts Case No. 1:22-cv-10247-WGY) |

PUNYAKAM, PLLC, an Arizona limited liability company (the "**Movant**"), as Plaintiff in the U.S. District Court, District of Massachusetts (the "**District Court**"), Case No. 1:22-cv-10247-WGY (the "**Removed Case**"), hereby removes the Removed Case to the United States Bankruptcy Court for the District of Arizona (the "**Bankruptcy Court**"), which is presiding over the Movant's bankruptcy.

I. **Entitlement to Removal**

The Removed Case was commenced in the Maricopa County Superior Court on December 18, 2020. On June 6, 2022, the Movant commenced Chapter 11 bankruptcy, 2:22-bk-03515 (the "**Bankruptcy Case**") in the Arizona Bankruptcy Court.

The Removed Case is a case related to the Bankruptcy Case. As such, the Bankruptcy Court has jurisdiction of the Removed Case pursuant to 28 U.S.C. § 1334(b).

Pursuant to 28 U.S.C. § 157, the District Court may refer the Removed Case to the bankruptcy judges for the district. That includes the Removed Case.

As permitted by Bankruptcy Rule 9027(a)(2), this Notice of Removal is being filed within ninety (90) days after the order for relief in the Bankruptcy Case.

The Removed Case is a core proceeding within the meaning of 28 U.S.C. § 157(b), as the Removed Case involves (a) orders to turn over property of the estate, (b) allowance or disallowance of claims against the estate, (c) proceedings to determine, avoid, or recover fraudulent conveyances, and/or (d) proceedings affecting the liquidation of the assets of the estate.

II. **Process and Pleadings**

This notice is accompanied by copies of all process, pleadings (as narrowly defined by F.R.Civ.P. Rule 7(a)) and minute entries and orders filed prior to removal, plus, if available, and a copy of the docket for the Removed Case from the court where the Removed Case is pending.

III. **Filing in District Court**

Promptly after the filing hereof, the undersigned will file a copy of this notice with the District Court.

**WHEREFORE**, the Movant respectfully requests entry of an order granting the relief requested herein and such other and further relief as is just and proper.

DATED this 1st day of September, 2022.

          **GUIDANT LAW, PLC**

          By:/s/D.Lamar Hawkins,#013251
            D. Lamar Hawkins
            402 East Southern Avenue
            Tempe, AZ 85282
            Counsel for Debtors

E-FILED this 1st day of September, 2022 with the U.S. Bankruptcy Court and copies served this day via the Court's CM/ECF Notification System on all parties that have appeared in the case.

Kimberly Ann Eckert* keckert@arizlaw.biz
Law Offices of Kimberly A Eckert
5235 S Kyrene Rd., Ste. 206
Tempe, AZ 85283
*Counsel for Punyakam, PLLC*

Jocelyn Wiesner* Jocelyn.Wiesner@apks.com; jocelyn.wiesner@arnoldporter.com
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue NW
Washington, DC 20001
*PHV Counsel for Cynosure LLC*

Michael J. Pineault* mpineault@andersonkreiger.com
Anderson & Kreiger LLP
50 Milk Street, 21st Floor
Boston, MA 02109
*Counsel for Cynsoure LLC*

/s/ Heidi Scheving